**Westchester**
**gov.com**

George Latimer
County Executive

Office of the County Attorney

John M. Nonna
County Attorney

> The U.S. Marshals Service is instructed to serve Dr. Rawicki at Westchester Medical Center, 100 Woods Rd, Valhalla, NY 10595.
>
> The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.
>
> SO ORDERED:
>
> _[signature]_  12/6/19
> Vincent L. Briccetti, U.S.D.J.,         Date

Hon. Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**Re: Clint Edwards v. Westchester County, Nathanial Rawicki M.D., 19-cv-07444(VB)**

Dear Judge Briccetti:

    I represent Defendant Westchester County in the above-referenced matter and pursuant to your directive, Defendant has inquired into the whereabouts of Dr. Rawicki. I am told that Dr. Rawicki is still employed by the Westchester Medical Center as an Orthopedic Surgery Resident. I was informed that he can be reached by the Marshal's office contacting Human Resources or the Office of Graduate Medical Education, both of which can be reached by calling the operator at 914-493-7000. They will arrange a time and a place for the Resident to accept service from the Marshal. Per hospital policy, no one other than the person named on a subpoena or summons and complaint is authorized to accept service. My information is obtained from the Vice President of Legal Affairs at the hospital. Thank you for your time and consideration in this matter.

                                    Very Truly Yours,

                                    *Taryn A. Chapman-Langrin*
                                    Taryn A. Chapman-Langrin
                                    Senior Assistant County Attorney

cc: Clint Edwards, DIN#19A1720
    Fishkill Correctional Facility
    P.O. Box 1245
    271 Matteawan Road
    Beacon, NY 12508



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/19

