UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CLINT C. EDWARDS,
                      Plaintiff,

v.

WESTCHESTER COUNTY, NATHANIEL
RAWICKI, M.D.,
                      Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 7444 (VB)

Briccetti, J.:

    Plaintiff, who is proceeding pro se and in forma pauperis, brings this action under 42 U.S.C. § 1983, alleging defendants violated his Constitutional rights.

    On December 24, 2019, defendant Westchester County filed a motion to dismiss. (Doc. #32). On January 13, 2020, plaintiff requested permission to file an amended complaint, which the Court granted the following day. (Docs. ##36–37). In its January 14 Order, the Court extended plaintiff's time to file an amended complaint to February 4, 2020. (Doc. #37).

    To date, plaintiff has not filed an amended complaint. Accordingly, the Court sua sponte extends plaintiff's time to file an amended complaint to February 20, 2020. Absent compelling circumstances, no further extensions will be granted.

    If plaintiff fails to file an amended complaint by February 20, 2020, the Court will deem plaintiff to be relying on the complaint that is the subject of the pending motion, and plaintiff's opposition to the motion will be due on February 27, 2020.

    The Clerk is directed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: February 13, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge