UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CLINT C. EDWARDS,

                Plaintiff,

v.

WESTCHESTER COUNTY, NATHANIEL
RAWICKI, M.D.,

                Defendants.

------------------------------------------------------------x

USD...
DOCUM...
ELECTRO...
DOC #:_____
...E FILED 2/28/20

**ORDER**

19 CV 7444 (VB)

      Plaintiff, who is proceeding pro se and in forma pauperis, brings this action under 42 U.S.C. § 1983, alleging defendants violated his constitutional rights.

      On December 24, 2019, defendant Westchester County filed a motion to dismiss. (Doc. #32). On January 7, 2020, plaintiff requested permission to file an amended complaint, which the Court granted. (Docs. ##36–37). In its Order, the Court extended plaintiff's time to file an amended complaint to February 4, 2020. (Doc. #37).

      Having not heard from plaintiff, on February 13, 2020, the Court sua sponte extended plaintiff's time to file an amended complaint to February 20, 2020, and notified plaintiff that if he failed to file an amended complaint his opposition to the motion would be due February 27, 2020. (Doc. #38).

      On February 20, 2020, the Court extended defendant Rawicki's time to answer, move, or otherwise respond to the complaint to March 5, 2020. (Doc. #41). On February 25, 2020, defendant Rawicki filed a motion to dismiss the complaint. (Doc. #44).

      On February 24, 2020, plaintiff wrote to the Court to: (i) provide an updated address; (ii) explain he recently had surgery, is in the infirmary, and cannot access the law library; and (iii) request that his case be dismissed without prejudice so that he can prosecute his claims once he is able to do so, at a future date. (Doc. #46).

      Pursuant to Fed. R. Civ. P. 41(a)(2), plaintiff's request to dismiss the case without prejudice is GRANTED.

      The Clerk is instructed to terminate the pending motions (Docs. ##32, 44) and close this case.

      The Clerk is also instructed to update plaintiff's address on the docket and to mail a copy of this Order to plaintiff at his updated address.

Clint Edwards
DIN#: 19A1720
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562

Dated: February 28, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge